Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:07-mj-0273 |
| ) | |
| Plaintiff, ) | DISMISSAL; AND |
| ) | PROPOSED ORDER THEREON |
| v. ) | |
| ) | |
| ) | |
| JUAN ESTEVA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and in the interest of justice, the following charges against the defendant: count two, charging a violation fo 36 Code of Federal Regulations section 4.23(a)(1) Driving Under the Influence of Alcohol; and count three, charging a violation of 36 Code of Federal Regulations section 4.23(a)(1) Driving Under the Influence of Alcohol with a Blood Alcohol Level in excess of .08%. The remaining count one, charging the defendant with a violation of 36 Code of

///
///
///
///
///

1

Federal Regulations section 4.12, Failure to Comply with a Traffic Control Device, is not dismissed.

Respectfully submitted.

Dated: January 16, 2008 .


 /s/   Elizabeth Waldow
Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE

**ORDER**

IT IS SO ORDERED.

Dated:   **January 23, 2008**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE