1  Tom Abeles
   Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:07-mj-0273 |
|---|---|---|
| Plaintiff, | ) | DISMISSAL; AND ORDER THEREON |
| v. | ) | |
| JUAN ESTEVA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice, and in the interest of justice, the following charge against the defendant: count one, charging a violation of 36 Code of Federal Regulations section 4.12 Failure to Comply with a Traffic Control Device.

Respectfully submitted.

Dated: June 19, 2008 .

  /s/   Tom Abeles
Tom Abeles
Legal Officer
NATIONAL PARK SERVICE

1

**ORDER**

IT IS SO ORDERED.

**Dated:   June 19, 2008**                         /s/  William M. Wunderlich
                                                                UNITED STATES MAGISTRATE JUDGE