```
1  ED DUNLAVEY
   NATIONAL PARK SERVICE
2  Law Enforcement Office
   P.O. Box 517
3  Yosemite, California 95389
   Telephone: 209-372-0243
4
5
6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES GOVERNMENT,    )   DOCKET NO.:6:07-mj-0273-YNP
9                               )
           Plaintiff,            )
10                              )   STIPULATION TO CONTINUE
        v.                      )   MOTION HEARING AND SET DATE
11                              )   FOR GOVERNMENT'S RESPONSE
                                )
12                              )   Date:   October 1, 2009
   JUAN C. ESTEVA,              )   Time:   10:00 a.m.
13                              )   Court:  U.S. Magistrate
           Defendant.            )   Judge:  William B. Shubb
14 _____)
   _____)
15
16     IT IS HEREBY STIPULATED by and between Susan St. Vincent,
17 the acting legal officer for the United States Government, and
18 Defendant, Juan C. Esteva, through his Attorney of record,
19 Michael E. Mitchell, that the Motion Hearing in the above-
20 captioned matter scheduled for October 1, 2009, be continued
21 until October 20, 2009 at 1:30 p.m. The Government's response
22 will be due on September 25, 2009.
23 Dated: September 11, 2009
24                                    By:  /S/ Susan St. Vincent
                                          Susan St. Vincent
25                                        Acting Legal Officer for
                                          United States Government
26
   Dated: September 11, 2009
27                                    By:  /S/ Michael Mitchell
                                          Michael E. Mitchell
28                                        Attorney for Juan C.Esteva
                                          As authorized on 9/11/09
```

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance in Defendant's Motion Hearing until October 20, 2009 at 1:30 p.m., and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Defendant's Motion Hearing shall be continued to October 20, 2009 at 1:30 p.m. The government's response will be due September 25, 2009.

It is so ordered:

IT IS SO ORDERED.

**Dated:   September 11, 2009            /s/ William Prince**
UNITED STATES MAGISTRATE JUDGE