MICHAEL E. MITCHELL #240199
**LAW OFFICES OF MICHAEL E. MITCHELL**
285 W. SHAW AVENUE, SUITE 101
FRESNO, CA 93704
TELEPHONE: (559) 222-2424
FACSMILE: (559) 222-2434

Attorney for Defendant
JUAN C. ESTEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN C. ESTEVA, <br><br> Defendant. | Case No.: 6:07-mj-00273-WMW <br><br> STIPULATION TO EXPUNGE RECORD OF ARREST AND FILING OF CHARGES AGAINST JUAN C. ESTEVA and ORDER <br><br> Date:  October 20, 2009 <br> Time:  1:30 p.m. <br> Place:  Yosemite Magistrate Court |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

    1.    The record of the arrest of Juan C. Esteva ("Petitioner") occurring on October 14, 2007 by Ranger Michael-Foster (badge No. 194) in Yosemite National Park, including all references to Petitioner's arrest for the offenses charged against him in this case and the institution of criminal proceedings against Petitioner shall be ordered expunged from all official records, including but not limited to, the United States Department of Justice and the California Department of Justice.

    2.    The arrest of Petitioner on October 14, 2007 by Ranger Michael-Foster was lawful and in accordance with his official duty.

     3.     The effect of this order shall be to restore Petitioner, in the contemplation of the law, to the status he occupied before such arrest or institution of criminal proceedings, and the arrest of Petitioner occurring on October 14, 2007 shall be deemed to have never occurred. Petitioner may indicate in response to any question concerning his or her prior criminal record that he was not arrested on October 14, 2007 and he was not charged with offenses arising from that same arrest.

     4.     IT IS FURTHER ORDERED that the Federal Bureau of Investigations and the California Department of Justice be notified of the terms of this order.

Dated: September 28, 2009          /S/ Michael E. Mitchell
                                              Attorney for Defendant

Dated: September 28, 2009          /S/ Susan St. Vincent
                                              Legal Officer/National Park Service

## **ORDER**

IT IS SO ORDERED

IT IS SO ORDERED.

    Dated:  **November 12, 2009**             /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE